JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR M. OLARTE, | ) | Case No. ED CV 12-835-SP |
|     Plaintiff, | ) ) | **JUDGMENT** |
|    v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) ) ) | |
|     Defendant. | ) ) | |
| _____ | ) | |

  Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: January 25, 2013

_____
SHERI PYM
United States Magistrate Judge